| AO91 (Rev. 12/03) Criminal Complaint | **Felony** | AUSA | United States Courts<br>Southern District of Texas<br>FILED |
|---|---|---|---|

# UNITED STATES DISTRICT COURT

*February 14, 2025*

Nathan Ochsner, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Issac AZUARA-Vasquez
A241 190 253 Mexico
Alejandro RAMIREZ-Carranza
A099 673 629 Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-146

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   February 12, 2025   in   Cameron   County, in the   Southern District Of Texas   defendant(s) conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, Juan Andrey Hernandez-Resendiz, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title   8   United States Code, Section(s)   1324(a)(1)(A)(v)(I)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

On February 12, 2025, at approximately 1845hrs, Fort Brown Border Patrol Agents working an area known as the Hwy 4 Boat Ramp which is an area notorious for alien, drug, and weapon smuggling, heard a small boat in the Rio Grande River that sounded like it was coming from Mexico towards the United States side of the Rio Grande River. Agents also heard people speaking in the Spanish language saying to run. Simultaneously, a truck was also seen driving towards the Rio Grande River from Hwy 4. Once the vehicle came to a stop near the river's edge, several subjects came running out of the brush towards the truck and began to board the vehicle. Border Patrol Agents identified themselves as Border Patrol Agents while coming out of concealment. Several subjects began to flee in an attempt to abscond south towards Mexico.

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

Signature of Complainant

Guzman III, Gaspar   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

February 14, 2025                          at   Brownsville, Texas
Date                                              City/State

Ignacio Torteya III   U.S. Magistrate Judge
Name of Judge          Title of Judge                Signature of Judge

CONTINUATION OF CRIMINAL COMPLAINT

## AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Issac AZUARA-Vasquez<br>A241 190 253  Mexico<br>Alejandro RAMIREZ-Carranza<br>A099 673 629  Mexico | Case Number: 1:25-MJ-146 |

At least one subject later identified as RAMIREZ-Carranza, Alejandro (UDA), retrieved an AR style weapon from the stationary vehicle and began to approach towards nearby Agents. Agents were able to apprehend a total of four involved subjects. The driver of the truck later identified as AZUARA-Vasquez, Isac a Lawfully Admitted Permanent Resident (LAPR). Agents also identified RAMIREZ-Carranza, Alejandro a Undocumented Alien (UDA) as the Co-Principal in this event, as well as two smuggled aliens. Through self admittance, photo lineup, it was determined that AZUARA-Vasquez and RAMIREZ-Carranza were the principals in the failed smuggling event.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

_____14th_____ day of _____February, 2025_____

Signature of Judicial Officer

Signature of Complainant